**RICHLAND RUN HOMEOWNERS ASSN. v. CHC DURHAM CORP.**

[346 N.C. 170 (1997)]

RICHLAND RUN HOMEOWNERS ASSOCIATION, INC. v. CHC DURHAM CORPORA-
TION, F/K/A TIMCO, INC., F/K/A DURHAM CORPORATION, F/K/A RICHLAND
PROPERTIES INC. AND CAPITAL HOLDING CORPORATION

No. 391A96

(Filed 9 May 1997)

Appeal by plaintiff pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 123 N.C. App. 345, 473 S.E.2d 649 (1996), affirming an order allowing defendants' motion to dismiss entered by Hight, J., on 9 September 1994, in Superior Court, Wake County. Heard in the Supreme Court 17 April 1997.

*Wyrick, Robbins, Yates & Ponton L.L.P., by Samuel T. Wyrick, III, and Lee M. Whitman, for plaintiff-appellant.*

*Wyche & Story, L.L.P., by N. Hunter Wyche, Jr., and Philip R. Isley, for defendant-appellees.*

PER CURIAM.

For the reasons stated in the dissenting opinion by Judge Greene, the decision of the Court of Appeals is reversed and the case is remanded to the Court of Appeals for remand to the Superior Court, Wake County, for further proceedings not inconsistent with Judge Greene's dissenting opinion.

REVERSED AND REMANDED.